# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DONTE L. LOFTON, JR., | Case No. 2:23-cv-01576-RFB-BNW |
| Petitioner, | **ORDER** |
| v. | |
| BRIAN WILLIAMS, et al., | |
| Respondents. | |

Petitioner Donte L. Lofton, Jr. has filed a Petition for Writ of Habeas Corpus. ECF No. 1-1 ("Petition"). Lofton has not properly commenced this habeas action by either paying the standard $5.00 filing fee or filing an application for leave to proceed *in forma pauperis* ("IFP"). Pursuant to 28 U.S.C. § 1914(a) and the Judicial Conference Schedule of Fees, a $5.00 filing fee is required to initiate a habeas action in a federal district court. This Court may authorize an indigent prisoner to begin a habeas action without paying the $5 fee if he or she submits an IFP application on the approved form and includes three specific documents: (a) the prisoner's financial declaration and acknowledgement showing an inability to prepay fees and costs, (b) a financial certificate signed by the prisoner and an authorized prison official, and (c) a copy of the prisoner's account statement for the six-month period prior to filing. 28 U.S.C. § 1915(a); LSR 1-1, LSR 1-2. Lofton has 45 days from the date of this order to either pay the $5 filing fee or submit a complete IFP application with all required documentation.

Further, Lofton filed his Petition on a state-court postconviction form rather than the appropriate 28 U.S.C. § 2254 form. Lofton has 45 days from the date of this order to file an amended petition on the appropriate form. In doing so, Lofton is advised to follow the instructions

on the form, to clearly title the amended petition as such, and to place the case number, 2:23-cv-01576-RFB-BNW, in the designated space.

**IT IS THEREFORE ORDERED** that within 45 days of the date of this order, Petitioner Donte L. Lofton, Jr. must file an IFP application that includes: (a) a financial certificate signed by Lofton and an authorized prison official, (b) a financial declaration and acknowledgement signed by Lofton, and (c) a copy of Lofton's inmate account statement for the six-month period prior to filing. Alternatively, Lofton must pay the $5 filing fee within 45 days of the date of this order. If Lofton decides to pay the filing fee from his inmate account, he must arrange to have a copy of this order attached to the check for the filing fee.

**IT IS FURTHER ORDERED** that Petitioner Donte L. Lofton, Jr. must file an amended petition on this Court's § 2254 form within 45 days of the date of this order.[1] Lofton must label it "Amended Petition" and place the case number in the designated space.

**IT IS FURTHER ORDERED** that the Clerk of Court send Petitioner Donte L. Lofton, Jr. (1) a blank copy of the form petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 along with instructions, (2) two copies of this order, and (3) a copy of the Petition (ECF No. 1-1).

**IT IS FURTHER ORDERED** that Petitioner Donte L. Lofton, Jr.'s failure to timely comply with this Order will result in the dismissal of this action without prejudice and without further advance notice.

**Dated:** December 15, 2023.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT COURT**

---

[1] Lofton at all times remains responsible for calculating the applicable statute of limitations. By ordering Lofton to amend his petition, this Court makes no finding or representation that either the original or amended petition will be considered timely.

2